**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No.: 23-CR-00274 (DLF)** |
| **v.** | **:** | |
| | **:** | |
| **NATHANIEL PERKINS,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Megan McFadden.  AUSA Megan McFadden will be substituting for AUSA Justin F. Song.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney

By:    /s/ *Megan McFadden*
Megan McFadden
Assistant United States Attorney
601 D Street, N.W. Washington, D.C. 20530
202-252-7052
Megan.mcfadden@usdoj.gov